UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BANK OF AMERICA, NATIONAL ASSOCIATION, )<br><br>Plaintiff, )<br><br>-against- )<br><br>FEDERAL DEPOSIT INSURANCE CORPORATION, )<br><br>Defendant. ) | Case No.: 1:13-cv-01119-BJR |

**CONSENT MOTION TO STAY CASE PENDING COMPLETION OF SETTLEMENT**

Defendant Federal Deposit Insurance Corporation ("FDIC"), with the consent of Plaintiff Bank of America, National Association ("BoA"), respectfully moves the Court for an administrative stay of this matter pending the full performance of an executed settlement agreement resolving all claims in this litigation.

In support of this Motion, the FDIC states the following:

1. On August 20, 2014, the FDIC and BoA executed a settlement agreement resolving all claims in this case (the "Settlement Agreement"). A copy of the Settlement Agreement is attached as Exhibit A.

2. To be effective, the Settlement Agreement requires a payment from BoA by October, 2014.

3. Therefore, the FDIC respectfully requests that the Court administratively stay this matter pending the performance of the Settlement Agreement. Once all the obligations under the Settlement Agreement are fully performed, the parties will notify the Court and file a stipulation of dismissal.

4.	Counsel for Plaintiff BoA has consented to the requested stay.

WHEREFORE, the FDIC respectfully requests that the Court grant this Motion and enter an administrative stay of this matter pending the full performance of the Settlement Agreement.

Dated:  August 25, 2014			Respectfully submitted,


/s/ Jeffrey E. Schmitt
Ashley Doherty (D.C. Bar No. 336073)
Michelle Ognibene (D.C. Bar No. 978286)
Susan Kantor Bank (D.C. Bar No. 363769)
Jeffrey E. Schmitt (D.C. Bar No. 490013)
Federal Deposit Insurance Corporation
3501 Fairfax Drive
Arlington, Virginia 22226

*Counsel to the Federal Deposit Insurance Corporation*

## **CERTIFICATE OF SERVICE**

I, Jeffrey E. Schmitt, hereby certify that on August 25, 2014, the Motion to Stay Case Pending Completion of Settlement Agreement was served by CM/ECF notification on:

>Frank E. Emory, Jr.
>Patrick L. Robson
>HUNTON &WILLIAMS LLP
>101 South Tryon Street
>Charlotte, North Carolina 28280
>femory@hunton.com
>probson@hunton.com
>
>Jonathan H. Lasken
>HUNTON & WILLIAMS LLP
>2200 Pennsylvania Avenue, N.W.
>Washington, DC 20037
>jlasken@hunton.com
>
>Marc T. G. Dworsky
>Kristin L. Myles
>Gregory D. Phillips
>355 South Grand Avenue, Thirty-Fifth Floor
>Los Angeles, CA 90071-1560
>marc.dworsky@mto.com
>kristin.myles@mto.com
>gregory.phillips@mto.com

>>    /s/ Jeffrey E. Schmitt
>>Jeffrey E. Schmitt